## STATEMENT OF FACTS

On Thursday, April 14, 2006, at about 7:55 p.m., an undercover officer with Metropolitan Police Department's Narcotics Special Investigation Division went to the Travel Lodge located at xxxx Xxxxxxxxxxx Xxxx, X.X., Room xxx, Washington, D.C. and met with defendant, Kristian Garcia to purchase a quantity of heroin. After a brief conversation about future heroin purchases, the defendant directed the undercover officer to a large ziplock bag that contained a white powdered substance. The undercover officer gave the defendant $5,000.00 of pre-recorded MPDC funds and left the room. Arrest teams entered the room and placed the defendant under arrest. A portion of the white powdered substance field tested positive for opiates. The approximate weight of the suspected heroin was 996 grams.

_____
DETECTIVE ALLEE RAMADHAN
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __ DAY OF APRIL, 2006.

_____
U.S. MAGISTRATE JUDGE