AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ **DISTRICT OF** _Columbia_

UNITED STATES OF AMERICA

v.

_Kristian Garcia_

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _06-174M-01_

**FILED**

MAY 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Kristian Garcia_, charged in a (complaint) (petition) pending in this District with _distribution of heroin_ in violation of Title _21_, U.S.C., _841(a)(1)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

_5/18/06_
Date

_[signature]_
Counsel for Defendant